_____

No. 95-2045
_____

Stanley H. Preston,                    *
                                       *
          Appellant,                   *
                                       *
     v.                                *
                                       *
Captain Brown, East Arkansas           *
Regional Unit, Arkansas                *
Department of Correction;              *
Lt. McGee, East Arkansas               *
Regional Unit, Arkansas                *
Department of Correction;              *
George W. Beers, Hearing               *   Appeal from the United States
Officer, East Arkansas Regional        *   District Court for the
Unit, Arkansas Department of           *   Eastern District of Arkansas.
Correction; Robert Thorne, CO-1,*
Security, East Arkansas                *        [UNPUBLISHED]
Regional Unit, Arkansas                *
Department of Correction;              *
Michael Hall, CO-1, Security,          *
East Arkansas Regional Unit,           *
Arkansas Department of                 *
Correction, originally sued as         *
"Michel Hall"; William Cross,          *
CO-1, Security, East Arkansas          *
Regional Unit, Arkansas                *
Department of Correction,              *
originally sued as "Willie             *
Cross,"                                *
                                       *
          Appellees.                   *

_____

          Submitted:  February 5, 1996

             Filed:  February 9, 1996
_____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

Stanley H. Preston, an Arkansas inmate, appeals the District Court's[1] dismissal of his 42 U.S.C. § 1983 (1988) action following an evidentiary hearing. Having carefully reviewed the entire record and the parties' submissions, we conclude the judgment of the District Court was correct. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Garnett Thomas Eisele, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.